IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR390 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSEPH GERMAIN KEYES, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Before the court is defendant's Motion to Allow the Defendant a Furlough. After considering the matter, the motion is denied.

SO ORDERED.

DATED this 15th day of April, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge