IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:07 CR 390 |
| Plaintiff, | ) ) | |
| | ) | **ORDER RELEASING** |
| v. | ) | **DEFENDANT FROM CUSTODY** |
| | ) | |
| JOSEPH KEYES, | ) ) | |
| Defendant. | ) | |

THIS MATTER came before the Court on the 12th day of July, 2010, on the Motion of the Defendant requesting release from custody on July 13, 2010 to attend inpatient treatment. (Filing no. 48)

The Court, being fully advised in the premises, finds that the Motion should be granted.

IT IS THEREFORE ORDERED that the Defendant shall be released to attend inpatient treatment on July 13, 2010 and transported to the treatment facility by a member of the Federal Public Defender's Office. The Court orders that the Defendant be transported to the U.S. Marshal's Office on July 13, 2010 for release to a member of the Federal Public Defender's Office. Further, the Court orders that if the Defendant attempts to leave the treatment program before completion, the Court be notified immediately.

DATED this 12th day of July, 2010.

BY THE COURT:

s/ Joseph F. Bataillon,
Chief Judge United States District Court